**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-2154

SANJEEV MALHOTRA,

Plaintiff - Appellant,

versus

WATERGATE AT LANDMARK (WAL) CONDOMINIUM
ASSOCIATION, WAL Board of Directors and/or its
assignees,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-05-76-LMB)

Submitted: March 23, 2006          Decided: March 27, 2006

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sanjeev Malhotra, Appellant Pro Se. Michael Curtis Gartner,
WHITEFORD, TAYLOR & PRESTON, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sanjeev Malhotra appeals the district court's orders dismissing his claim of wrongful termination and granting summary judgment to Defendant on his claim that his Flexible Spending Account funds were being withheld. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> (R. Vol. 2 at 2-7); <u>Malhotra v. Watergate at Land Condo Assoc.</u>, No. CA-05-76-LMB (E.D. Va. filed Sept. 13, 2005 and entered Sept. 14, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>
